AO 442 (Rev. 11/11) Arrest Warrant

f.p# 9502199

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | CR C-14-178 SS (1) |
| | ) | | |
| OSCAR MANUEL GOMEZ GUERRA | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **OSCAR MANUEL GOMEZ GUERRA**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ✔ 2nd Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: **Ct 1 - Did conspire to knowingly and intentionally conduct financial transactions which involved the proceeds of a specified unlawful activity (bank fraud); etc**

**AMOUNT OF BAIL: NO BOND**

RECEIVED UNITED STATES MARSHAL
17 FEB -8 PM 4:08
CORPUS CHRISTI, TEXAS
SOUTHERN TEXAS

Date: Feb 8, 2017

David J. Bradley, Clerk of Court
by _[signature]_
*Issuing officer's signature:* Kendra Bledsoe, Deputy Clerk

City and state: Corpus Christi, Texas

JASON B. LIBBY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

FI#982-8469

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>**EUGENIO JAVIER HERNANDEZ-FLORES**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   CR C-14-178 (2) |

RECEIVED UNITED STATES MARSHAL
CORPUS CHRISTI, TEXAS SOUTHERN TEXAS
17 FEB -8 PM 4:08

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **EUGENIO JAVIER HERNANDEZ-FLORES**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ✔ 2nd Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: **Ct 1 - Did conspire to knowingly and intentionally conduct financial transactions which involved the proceeds of a specified unlawful activity (bank fraud); etc**

**AMOUNT OF BAIL: NO BOND**

Date:   Feb 8, 2017

David J. Bradley, Clerk of Court

by *(signature)*
*Issuing officer's signature*: Kendra Bledsoe, Deputy Clerk

City and state:   Corpus Christi, Texas

JASON B. LIBBY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)*                    , and the person was arrested on *(date)*<br>at *(city and state)*<br><br>Date:                                                                                 *Arresting officer's signature*<br><br>                                                                                                   *Printed name and title* |